■ The People of the State of New York, Respondent, v Carlos F. Navarro-Martinez, Appellant. [61 NYS3d 509]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered February 10, 2016, convicting him of grand larceny in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea of guilty was not knowingly, voluntarily, and intelligently entered is unpreserved for appellate review (*see People v Williams*, 27 NY3d 212 [2016]; *People v Conceicao*, 26 NY3d 375 [2015]; *People v Zellner*, 147 AD3d 797, 798 [2017]; *People v May*, 138 AD3d 1146, 1146 [2016]), and we decline to reach it in the exercise of our interest of justice jurisdiction (*see People v Gavidia*, 151 AD3d 883 [2017]; *People v Thomas*, 148 AD3d 734 [2017]; *People v Harvey*, 137 AD3d 1162, 1163 [2016]). Mastro, J.P., Leventhal, Maltese and Brathwaite Nelson, JJ., concur.